IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY R. SMITH,

    Plaintiff,

vs.                                     CASE NO.: 3:08cv77/MCR/MD

BELLSOUTH TELECOMMUNICATIONS, INC.,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Stipulation Of Dismissal. (Doc. 24). The previously entered Order of Dismissal (doc. 23) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 11th day of September, 2008.

                                                     *s/ M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **UNITED STATES DISTRICT JUDGE**